## PAUL BURKETT v. STATE OF FLORIDA

20 So. (2nd) 63                                                    June Term, 1944
December 8, 1944                                          Special Division B
Rehearing denied January 8, 1945

*Martin & Martin,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and ADAMS, JJ., concur.